No. 95–125. GENERAL MOTORS CORP. *v.* CITY OF KANSAS CITY. Ct. App. Mo., Western Dist. Motion of Committee on State Taxation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–127. VAN KLASSENS, INC., ET AL. *v.* IMAGINEERING, INC. C. A. Fed. Cir. Motion of Pass & Seymour, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–155. DELOITTE & TOUCHE *v.* MILLER ET AL. C. A. 9th Cir. Motion of American Institute of Certified Public Accountants for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–178. HOWELL *v.* MAUZY ET AL. Sup. Ct. Tex. Motion of petitioner to remand case to Supreme Court of Texas denied. Certiorari denied.

No. 95–203. CITY OF MEMPHIS ET AL. *v.* EAST BROOKS BOOKS, INC., DBA GETWELL BOOKMART AND AIRPORT ADULT THEATER, ET AL. C. A. 6th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 95–208. MURRAY, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, MURRAY ET AL. *v.* MONTROSE COUNTY SCHOOL DISTRICT RE–1J. C. A. 10th Cir. Motion of National Association of Protection and Advocacy Systems et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.